UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

```
FILED
December 1, 2010
CLERK, US DISTRICT COURT
EASTERN DISTRICT OF
CALIFORNIA
_____
DEPUTY CLERK
```

| | |
|---|---|
| UNITED STATES OF AMERICA,          )<br>                                                       )<br>           Plaintiff,                          )<br>v.                                                    )<br>                                                       )<br>LEONARDO CONTRERAS,           )<br>                                                       )<br>           Defendant.                       ) | Case No. CR.S-10-0468-JAM<br><br>ORDER FOR RELEASE OF<br>PERSON IN CUSTODY |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release LEONARDO CONTRERAS, Case No. CR.S-10-0468-JAM from custody subject to the conditions contained in the attached "Notice to Defendant Being Released" and for the following reasons:

___   Release on Personal Recognizance

_X_   Bail Posted in the Sum of: $200,000.00

    _X_   Unsecured Appearance Bond (Partial)

    _X_   Secured Appearance Bond (Partial)

    _X_   (Other) Conditions as previously stated on the record.

    ___   (Other)

This release order is not effective until the date defendant has signed and understands the attached "Notice to Defendant Being Released".

Issued at  Sacramento, CA  on  12-01-10  at 3:00 p.m.

By _____
Edmund F. Brennan
United States Magistrate Judge