**FILED**

JUN 08 2012

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
  DEPUTY CLERK

Jesse I. Santana (State Bar No. 132803)
The Santana Law Firm
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Leonardo Contreras

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>LEONARDO CONTRERAS,<br><br>　　　　Defendant.<br>_____/ | No. 2:10-CR-00468-JAM-2<br><br>**STIPULATION AND ORDER MODIFYING DEFENDANT LEONARDO CONTRERAS' CONDITIONS OF RELEASE** |

The parties, Plaintiff United States of America, and Defendant Leonardo Contreras, hereby agree and stipulate that Mr. Contreras' electronic monitoring conditions (conditions nos. 13 and 14) be removed from his conditions of release filed with the Court on November 22, 2010. All other conditions of release shall remain in full force and effect. Pretrial Services has no objection to the modification. The parties respectfully request the Court adopt this stipulation. IT IS SO STIPULATED.

Date: June 8, 2012.　　　　　　　　　　/s/ Jesse I. Santana
　　　　　　　　　　　　　　　　　　　JESSE I. SANTANA

　　　　　　　　　　　　　　　　　　　Attorney for Defendant
　　　　　　　　　　　　　　　　　　　Leonardo Contreras

1

Date: June 8, 2012.                     /s/ Heiko P. Coppola
                                        HEIKO P. COPPOLA

                                        Assistant United States Attorney
                                        Attorney for Plaintiff

## ORDER

The above stipulation is adopted. Defendant Leonardo Contreras's release shall continue on the terms previously set by the magistrate judge with the following modifications: the electronic monitoring conditions (conditions nos. 13 and 14) shall be removed from Mr. Contreras' conditions of release. All other conditions of release shall remain in full force and effect.

IT IS SO ORDERED.

Dated: June 8, 2012.                    /s/ Dale A. Drozd
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE