**Jesse I. Santana (State Bar No. 132803)**
**The Santana Law Firm**
The Historic Winship Building
500 Second Street
Yuba City, CA 95991
TEL: (530) 822-9500
FAX: (530) 751-7910

Attorney for Defendant
Leonardo Contreras

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>JOSE PENA, et. al.<br><br>Defendants.<br>_____ / | No. 2:10-CR-0468 JAM<br><br>**STIPULATION AND ORDER TO EXCLUDE TIME**<br><br>Date:  July 17, 2012<br>Time:  9:30 a.m.<br>Hon. John A. Mendez |

Plaintiff, United States of America, by and through it's counsel, Assistant United States Attorney Heiko P. Coppola; Damion C. Cervantes, by and through his counsel, Erin J. Radekin; and Leonardo Contreras, by and through his counsel, Jesse I. Santana, agree and request to stipulate to the current status conference in this case be continued from July 17, 2012 at 9:30 a.m. to August 14, 2012 at 9:45 a.m.  The parties stipulate that the ends of justice are served by the Court excluding such time, so that counsel for the defendants may have reasonable time necessary for effective preparation, taking into account the exercise of due diligence.  18 U.S.C. § 3161(h) (7) (B) (iv) and Local Code T-4.

Defense counsel needs additional time to conduct further investigation in this case and also

1

discuss recent settlement offers that have been extended to the defendants. For these reasons, the parties jointly request a new status conference date, and that the time period from July 17, 2012, to and including August 14, 2012 be excluded under the Speedy Trial Act pursuant to 18 U.S.C. Section 3161 (h) (8) (B) (iv) and Local Code T4 for defense preparation and based on a finding by the Court that the ends of justice served by granting a continuance outweigh the best interest of the public and defendants in a speedy trial.

Respectfully submitted,

Date: July 13, 2012.             /s/ Jesse I. Santana
                                 JESSE I. SANTANA

                                 Attorney for Defendant
                                 Leonardo Contreras


Date: July 13, 2012.             /s/ Erin Radekin
                                 ERIN RADEKIN

                                 Attorney for Defendant
                                 Damian Cervantes


Date: July 13, 2012.             /s/ Heiko P. Coppola
                                 HEIKO P. COPPOLA

                                 Assistant U.S. Attorney
                                 Attorney for Plaintiff

**ORDER**

FOR GOOD CAUSE SHOWN, IT IS SO ORDERED.

Dated: July 16, 2012.            /s/ John A. Mendez
                                 JOHN A. MENDEZ

                                 U.S. DISTRICT COURT  JUDGE
                                 UNITED STATES DISTRICT COURT