1 **Jesse I. Santana (State Bar No. 132803)**
2 **Santana and Carlos Law Firm, P.C.**
  The Historic Winship Building
3 500 Second Street
  Yuba City, CA 95991
4 TEL: (530) 822-9500
5 FAX: (530) 751-7910

6 Attorney for Defendant
7 Leonardo Contreras

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 2:10-CR-0468 JAM |
| Plaintiff, | **ORDER EXONERATING PROPERTY UNDER APPEARANCE BOND AND RETURN OF DEFENDANT LEORANDO CONTRERAS' MEXICAN PASSPORT** |
| v. | |
| JOSE MELECIO PENA and LEONARDO CONTRERAS, | |
| Defendant. | |

In November of 2010, Defendant Leonardo Contreras was released from custody under an appearance bond secured by a property owned by Leonardo and Ayme Contreras. On September 26, 2014, a jury acquitted Mr. Contreras of the charges that had been brought against him by the United States Attorney's Office. In light of the jury's acquittal of Mr. Contreras, and good cause appearing:

IT IS HEREBY ORDERED that the property posted under the appearance bond in this matter be exonerated and reconveyed, and that Leonardo Contreras be relieved from the conditions of the appearance bond.

IT IS FURTHER HEREBY ORDERED that Mr. Contreras' Mexican passport be returned to Mr. Contreras.

Dated: September 29, 2014          /s/ John A. Mendez_____
HONORABLE JOHN A. MENDEZ

UNITED STATES DISTRICT COURT JUDGE